# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NO. 23-CR-475 |
| | : | |
| JEREMY SCHOBEL | : | |
| | : | |

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of Defendant, Jeremy Schobel, in the above-captioned matter.

                                                Respectfully submitted,

                                                /s/ Joseph R. D'Andrea
                                                Joseph R. D'Andrea, Esq.
                                                320 North Blakely Street
                                                Dunmore, PA  18512
                                                (570) 207-7100

Dated:  16 November 2023

# **CERTIFICATE OF SERVICE**

I, Joseph R. D'Andrea, Esquire, hereby certify that I filed the attached Entry of Appearance via the Court's Electronic Filing (ECF) system, which sent notification to Michelle T. Rotella, Assistant United States Attorney, Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania 19106, via her email address Michelle.Rotella@usdoj.gov.

/s/ Joseph R. D'Andrea
Joseph R. D'Andrea, Esq.
320 North Blakely Street
Dunmore, PA  18512

Dated:  16 November 2023