# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 23-475 |
| JEREMY SCHOBEL | : | |

## ORDER

**AND NOW**, this 11th day of March 2024, upon considering the government's motion for bill of particulars for forfeiture of property (DI 27), and following the change of plea hearing held today in court where defense consented to the motion on the record, it is **ORDERED**:

1. The government's motion for bill of particulars for forfeiture of property (DI 27) is **GRANTED** and the government may seek forfeiture of the following additional property, pursuant to 18 U.S.C. §§ 2253 and 2428:

    a. One (1) Apple MacBook Pro Laptop, Model Retina, 13-inch, bearing serial number C17QJ8DSFVH5.

_____
MURPHY, J.