IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
v. :
: No. 23-475-1
JEREMY SCHOBEL
USM #70111-066

# NOTICE OF HEARING

Take notice that the defendant is scheduled for **Sentencing** on **Tuesday, July 30, 2024** at **2:00 P.M.** before the **Honorable John F. Murphy** in **Courtroom 3B**, Third Floor, of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☒ **Hearing rescheduled from: June 25, 2024**

For additional information, please contact the undersigned.

By: Kerri Christy, Courtroom Deputy to J. Murphy
Phone: 267-299-7510

Date: 6/24/2024

cc: Defendant (via defense counsel)
cc via email: Defense Counsel
Assistant U.S. Attorney
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator

crnotice (July 2021)